CHARLES L. WALSH et al., as Administrators of the Estate of RICHARD WALSH, Deceased, Appellants, *v.* NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Respondent.

(Argued October 10, 1928; decided October 26, 1928.)

*John D. Lyons* and *Nellie Childs Smith* for appellants. *Elbert N. Oakes* for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.